# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 10-2579
_____

Marcellus S. Williams

Petitioner - Appellee

v.

Donald Roper

Respondent - Appellant

_____

No: 10-2682
_____

Marcellus S. Williams

Petitioner - Appellant

v.

Donald Roper

Respondent – Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:05-cv-01474-RWS)
(4:05-cv-01474-RWS)

---

## JUDGMENT

Before WOLLMAN, MURPHY, and SHEPHERD, Circuit Judges

Appellate Case: 10-2579     Page: 1     Date Filed: 12/14/2010 Entry ID: 3734508

These appeals come before the court on appellee/cross-appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied.  The appeals are dismissed.

December 14, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans