# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-2682

Marcellus S. Williams

Appellant

v.

Donald Roper

Appellee

No: 10-2579

Marcellus S. Williams

Appellee

v.

Donald Roper

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:05-cv-01474-RWS)
(4:05-cv-01474-RWS)

---

## ORDER

The judgment entered in the above matters on December 14, 2010, is hereby vacated and

the appeals are reopened.

December 14, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans