# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 10-2579

Marcellus S. Williams

Appellee

v.

Donald Roper

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:05-cv-01474-RWS)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is

also denied.

Judge Benton did not participate in the consideration or decision of this matter.

December 06, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans